UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 924 CANAL STREET ASSOCIATES | CIVIL ACTION |
| VERSUS | NO. 06-3825 |
| LOWMAN GROUP, INC. | SECTION "K"(1) |

**ORDER AND REASONS**

Before the Court is a Motion to Dismiss (Doc. No. 5) which was filed by 924 Canal Street Associates ("Canal Street Associates") seeking the dismissal of this removed matter as it had been dismissed by the state court prior to removal and there is already filed in this Court a suit based on the same case in controversy, *924 Canal Street Associates, L.L.C. v. Lowman Group*, C.A. No. 06-3850 "F"(2). No opposition to this motion has been filed and finding the motion to have merit,

**IT IS ORDERED** that the Motion to Dismiss (Doc. No. 5) is **GRANTED** and judgment shall be entered dismissing this matter without prejudice.

New Orleans, Louisiana, this 31st day of August, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE